

**U. S. Department of Justice**

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE: August 2, 2011

TO: Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: JENNIFER E. WELLS
Assistant United States Attorney
Criminal Division

SUBJECT: <u>United States v. Barry Lee Miller, et al</u>
Docket No. 5:11-CR-229 - Western Division

The above-named defendants are being charged by indictment with with multiple violations of Title 21, United States Code, Section 841(c)(1) and 843.

A previously filed indictment, <u>United States v. Gary Lee Tidd, et al</u>, Docket No. 7:10-CR-00043-F, arose out of the same conspiracy or series of transactions involving possession and distribution of methamphetamine. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
JOHN STUART BRUCE
First Assistant U.S. Attorney