IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

STEPHANIE SMITH

CRIMINAL NO. 5:11-CR-229

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **Stephanie Smith, ID # T498366**

2. Detained by: **North Carolina Correctional Institution for Women**
   **Phone: 919-773-4340**
   **FAX:   919-733-8031**

3. Detainee is (X) charged in this district by (X) indictment of violating Title 21, U.S.C. 846 and 843(a)(6).

4. Appearance is necessary on **October 3, 2011, at 10:00 a.m.** (X) **in the U.S. District Court, Wilmington, N.C.**, OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance (X) arraignment/plea ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

_____ for JW
Jennifer E. Wells
Assistant United States Attorney


## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum     ( ) Ad Testificandum     ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2011         _____
                                   United States Magistrate Judge