UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-229-F-11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **DISMISSAL OF** |
| ) | **INDICTMENT COUNTS** |
| STEPHANIE SMITH ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Counts Three, Twelve and Fourteen of the Indictment filed on August 3, 2011 as to this defendant only.

THOMAS G. WALKER
United States Attorney

BY: /s/ Jennifer E. Wells
Jennifer E. Wells
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Telephone: 919-856-4035
Fax: 919-856-4487
Email:
NC State Bar No.

Leave for filing of the foregoing is hereby granted this 3rd day of October, 2011.

_/s/ James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE