UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Docket No. 5:11-CR-229-11F

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHANIE SMITH | ) | |
| Defendant | ) | |

Pursuant to the Judgment in a Criminal Case entered on March 2, 2012, it is hereby Ordered that the Bureau of Prisons credit the defendant for the 520 days the defendant served in the custody of the North Carolina Department of Corrections.

This __30th__ day of __December__ 2015.

_____
James C. Fox
Senior U.S. District Judge